FREDDIE JENKINS, Respondent, v FIELDBRIDGE ASSOCIATES, LLC, Appellant.

Decided November 24, 2009

Reported below, 65 AD3d 169.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

ROBERT E. JUDGE, Appellant, v NEW YORK COLLEGE OF PROFESSIONAL HEALTH, Respondent.

Submitted September 28, 2009; decided November 24, 2009

Reported below, 2008 NY Slip Op 68025(U); 2008 NY Slip Op 82157(U); 2008 NY Slip Op 88405(U).

Motion for reargument denied [see 13 NY3d 763 (2009)].

MICHAEL OWENS et al., Doing Business as CLASSIC ENTERTAINMENT, Respondents, v ISAAC FREEMAN, Also Known as FATMAN SCOOP, Appellant.

Submitted October 5, 2009; decided November 24, 2009

Reported below, 65 AD3d 731.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.